UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CATHERINE R. GILL

VERSUS

MICHAEL LAMBERT, ET AL.

CIVIL ACTION

NO. 15-43-JWD-EWD

**O P I N I O N**

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report issued March 28, 2016, to which no objection was filed:

**IT IS ORDERED** that this matter is dismissed without prejudice for failure of the Plaintiff to timely serve third-party Defendant Michael Lambert in the manner required by Rule 4(m), Fed. R. Civ. P. and for failure to prosecute under Local Rule 41(b)(1)(B) as to cross-claim Defendants Earl Theriot and the Town of Sorrento.

Signed in Baton Rouge, Louisiana, on April 15, 2016.

_____

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**